THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROOFERS' PENSION FUND, et al.  )
                           Plaintiffs,  )
v.  )  Case No. 09 C 4767
                             )  Judge Holderman
KEITH A. PINN, A Sole Proprietor d/b/a  )  Magistrate Nolan
KAP ROOFING, INC.,  )
a Dissolved Illinois Corporation  )
                           Defendant.  )

**MOTION FOR JUDGMENT ON**
**ANSWER TO CITATION TO DISCOVER ASSETS**

NOW COME the Plaintiffs, ROOFERS' PENSION FUND, et al., by and through their attorney, Librado Arreola, and move this Honorable Court to enter judgment in the amount of $14,400.39 in favor of Plaintiffs and against Citee, Madison Corporate Group, Inc., pursuant to Citee's answer to Plaintiff's Citation, a copy of which is attached hereto. Citee responded verbally on October 9, 2012, and in writing on November 2, 2012.

Plaintiffs request that the Court order Citee to pay Plaintiffs $14,400.39 within ten days from the date of the Court's Order.

                                                   Respectfully Submitted:
                                                   ROOFERS' PENSION FUND, et al.

                                                   /s/ Librado Arreola
                                                   Librado Arreola

Librado Arreola
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard - Suite 1900
Chicago, Illinois 60606
(312) 263-1500; Fax: (312) 263-1520
IL ARDC 6203323
la@ulaw.com