THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROOFERS' PENSION FUND, et al. | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 09 C 4767<br>) Judge Holderman |
| KEITH A. PINN, A Sole Proprietor d/b/a<br>KAP ROOFING, INC.,<br>a Dissolved Illinois Corporation | ) Magistrate Nolan<br>)<br>)<br>) |
| Defendant. | )<br>) |

## MOTION FOR JUDGMENT ON
## ANSWER TO CITATION TO DISCOVER ASSETS

NOW COME the Plaintiffs, ROOFERS' PENSION FUND, et al., by and through their attorney, Librado Arreola, and move this Honorable Court to enter judgment in the amount of $14,400.39 in favor of Plaintiffs and against Citee, Madison Corporate Group, Inc., pursuant to Citee's answer to Plaintiff's Citation, a copy of which is attached hereto. Citee responded verbally on October 9, 2012, and in writing on November 2, 2012.

Plaintiffs request that the Court order Citee to pay Plaintiffs $14,400.39 within ten days from the date of the Court's Order.

                                                    Respectfully Submitted:
                                                    ROOFERS' PENSION FUND, et al.

                                                    /s/ Librado Arreola
                                                    Librado Arreola

Librado Arreola
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard - Suite 1900
Chicago, Illinois 60606
(312) 263-1500; Fax: (312) 263-1520
IL ARDC 6203323
la@ulaw.com